UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SIMONSON,<br><br>    Plaintiff,<br><br>    v.<br><br>T. SINGH, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00126-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 17)** |

Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated the action on January 27, 2016. (ECF No. 1.)

On July 26, 2016, the Court screened Plaintiff's first amended complaint and found that it stated a cognizable excessive force claim against Defendant Singh. (ECF 15.) The Court dismissed Plaintiff's remaining claims but gave Plaintiff thirty days to file an amended complaint or notice of his willingness to proceed on the cognizable claim. Id. As of September 15, 2016, Plaintiff still had not complied with that Order. The Court then ordered Plaintiff to show cause days why his case should not be dismissed for failure to obey the Court's order. (ECF No. 17.)

1 On September 26, 2016, Plaintiff filed notice of willingness to proceed on his cognizable claim. (ECF No. 18.) Accordingly, Plaintiff having complied, albeit late, with the order to show cause, the Court will discharge it.

Based on the foregoing, IT IS HEREBY ORDERED THAT the order to show cause (ECF No. 17) is DISCHARGED.

IT IS SO ORDERED.

Dated: September 27, 2016        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE