UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SIMONSON,<br><br>    Plaintiff,<br><br>    v.<br><br>T. SINGH,<br><br>    Defendant. | CASE NO. 1:16-cv-01147-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND TEMOPRARY RESTRAINING ORDER**<br><br>**(ECF No. 25)** |

Plaintiff is a county jail inmate proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on January 27, 2016. (ECF No. 1.)  On January 17, 2017, the Magistrate Judge issued findings and recommendations to deny Plaintiff's request for a preliminary junction and temporary restraining order. (ECF No. 25.) Plaintiff was directed to file his objections within fourteen days. Plaintiff's objections were filed on January 25, 2017. (ECF No. 26.) Plaintiff's one-paged objections reiterates his belief that he is entitled to a restraining order to prevent "any future conflicts" with staff and that an investigation into the Sheriff's Department's misconduct and a facility transfer are both

necessary. Plaintiff also objects to the Magistrate Judge's denial of counsel. Plaintiff sets forth no new arguments or facts.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of Plaintiff's request. The Court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff has made no showing that he is entitled to injunctive relief at this time. The Court will deny his request, albeit without prejudice. If new circumstances arise in the future that warrant consideration, Plaintiff may renew his request at that time.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on January 17, 2017 (ECF No. 25) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction and temporary restraining order (ECF No. 6) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **April 3, 2017**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE