1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11   CRAIG SIMONSON,                        **CASE No. 1:16-cv-00126-LJO-MJS**

12                   Plaintiff,             **ORDER DIRECTING PLAINTIFF TO**
                                            **PROVIDE FURTHER INFORMATION**
13           v.                             **ABOUT DEFENDANT "T. SINGH"**

14   T. SINGH,                              **THIRTY DAY DEADLINE**

15                   Defendant.

16

17

18          Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this civil

19   rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's

20   Eighth Amendment excessive force claim against Defendant Officer T. Singh.  As the

21   first attempt at service on Defendant Singh was returned unexecuted (ECF No. 27), the

22   Court directed the United States Marshal ("USM") to contact the Litigation Coordinator at

23   the Stanislaus County Jail to request his or her assistance in locating Defendant Singh.

24   (ECF No. 29.) On May 15, 2017, the summons was again returned unexecuted; in the

25   remarks section of the USM-285, the Marshal wrote "Per the Undersheriff R. Ghimenti,

26   the Stanislaus Sheriff's Department does NOT emplo[y] a T. Singh in any capacity. They

27   will not accept service." (ECF No. 30.)

28

The Court and the United States Marshal ("USM") have a statutory duty to serve process on Plaintiff's behalf.  However, they cannot do so unless they are able to locate the Defendant. Accordingly, Plaintiff is DIRECTED to, within **thirty (30) days** of this order, provide any and all additional information available to him regarding the identity of "T. Singh" to assist the Court and USM in locating this Defendant. This includes, but is not limited to, any other names this Defendant was known by, any other positions he may have held, or a detailed description of this Defendant's physical appearance. If Plaintiff has in his possession copies of grievances or any other paperwork that may assist the Court in identifying this Defendant, he is encouraged to submit them.

IT IS SO ORDERED.

Dated:   May 17, 2017         /s/ Michael J. Seng
                          UNITED STATES MAGISTRATE JUDGE